**Curtis R. FREEMAN, Appellant,**

v.

**KANSAS CITY, Missouri, School District, Respondent.**

### No. WD 75002.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2013.

Application for Transfer to Supreme Court Denied April 30, 2013.

Curtis Ray Freeman, Little Rock, AR, Appellant, pro se.

Katie M. Moore, Kansas City, MO, for Respondent.

**570**

Before Division IV: JAMES EDWARD WELSH, Chief Judge, MARK D. PFEIFFER, Judge, and ABE SHAFER, Special Judge.

### Order

PER CURIAM:

Curtis Freeman appeals the judgment of the Circuit Court of Jackson County affirming the decision of the Board of Directors for the Kansas City, Missouri, School District terminating his employment for cause pursuant to the Teacher Tenure Act. Finding no error, we affirm the judgment in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).